UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI BRUEMMER,<br><br>    Plaintiff,<br><br>v.<br><br>INSIGHT CAPITAL, LLC<br><br>    Defendant. | Case No. 4:20-cv-06139<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** |

**ORDER**

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

The above-entitled action and all issues arising in connection therewith shall be submitted to binding arbitration as agreed upon by Plaintiff Emi Bruemmer ("Plaintiff") and defendant Insight Capital, LLC ("Insight Capital") (collectively the "Parties") and in accordance with the terms of the arbitration provision in the Agreement and the Parties' Joint Stipulation to Stay Action Pending Completion of Arbitration.

IT IS HEREBY ORDERED that:

1. The parties' joint stipulation to stay the case and arbitrate all claims is approved and granted.

2. The litigation is stayed in its entirety pending completion of the arbitration.

3. The parties shall submit status reports to the Court within 180 days of the filing date of this order, and additional joint status reports every 180 days thereafter, apprising the Court of the status of the arbitration proceedings. Within 14 days of the completion of the arbitration proceedings, the parties shall jointly submit to the Court a report advising the Court of the outcome of the arbitration, and a request that the case be dismissed or that the stay be lifted and a case management conference be scheduled.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 14, 2020

By: _____
The Honorable Jon S. Tigar
United States District Court Judge